June 24, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00071-CV

TEXAS A&M UNIVERSITY, Appellant

V.

ERIN A. SNIDER, PH.D., Appellee

This cause, an interlocutory appeal from an order denying a partial plea to the jurisdiction in favor of appellee, Erin A. Snider, Ph.D., was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Erin A. Snider, Ph.D.

We further order this decision certified below for observance.

Judgment Rendered June 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.